

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

June 3, 2024

**BY EMAIL**
The Honorable Andrew E. Krause
United States Magistrate Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:    *United States v. Henley Voltaire, et al.*, 24-MJ-1842

Dear Judge Krause:

    The Government writes respectfully to request that the Court unseal the Complaint in the above-captioned matter, as Messrs. Voltaire and Jules' co-conspirator, Mr. Gillis, self-surrendered and was arrested on May 15, 2024.

    Sincerely,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Margaret N. Vasu
    Assistant United States Attorney
    Southern District of New York
    (914) 993-1926

cc:  Elizabeth Quinn, Esq., *Counsel for Defendant Henley Voltaire*
    James Neuman, Esq., *Counsel for Defendant Ollens Jules*
    Francis O'Reilly, Esq., *Counsel for Defendant Lenard Gillis*

SO ORDERED.    6/4/2024

_____
ANDREW E. KRAUSE
United States Magistrate Judge