# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2024

**VIA EMAIL & ECF**

The Honorable Andrew E. Krause
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:   *United States v. Henley Voltaire, 24-mj-1842*

Dear Honorable Judge Krause:

I write to request that Mr. Voltaire's conditions be amended to permit him to travel to Orlando, Florida to visit his brother from November 22, 2024 to November 24, 2024.

Mr. Voltaire was arrested and presented on May 14, 2024, before Your Honor on conduct related to actions that allegedly took place in 2019 and 2020. He was released, on consent, with a $100,000 unsecured bond co-signed by two financial responsible people and the standard release conditions. He has been compliant with his conditions since his release.

Mr. Voltaire hopes to travel to Florida to visit with his brother. I have consulted his Pre-Trial Services officer Andrew Abbot who does not oppose this request. I also consulted the government, through Assistant United States Attorney Margaret Vasu who also does not oppose this request. Therefore, it is respectfully requested that he be permitted to travel as delineated. Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Henley Voltaire

cc:   Margaret Vasu, AUSA
      Andrew Abbott, PTO

**APPLICATION GRANTED.**

Dated: November 13, 2024

SO ORDERED.

ANDREW E. KRAUSE
United States Magistrate Judge